FILED'09 JAN 20 11:19 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| PETER J. LASLO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-1756-JE |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Karen Stolzberg
11830 SW Kerr Parkway, #315
Lake Oswego, Oregon 97035

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902

    Attorneys for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable John Jelderks, United States Magistrate Judge, filed a Findings and Recommendation on December 2, 2008. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Jelderks' Findings and Recommendation (#22) and grant Plaintiff's Motion to Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) (#15). I do not enter a judgment, however. Instead, I order that the case be dismissed without prejudice and with leave to reopen if the remand does not resolve the matter.

Dated this _____ day of January, 2009.

_____
Garr M. King
United States District Judge