**KAREN STOLZBERG**, OSB #83092
kstolzberg@juno.com
11830 SW Kerr Parkway, #315
Lake Oswego, Oregon 97035
Telephone:  (503) 251-0707
Fax:  (503 251-0708
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

**PETER J. LASLO**

       Plaintiff,

  vs.

**COMMISSIONER,**
Social Security Administration,

 Defendant.

Civil No.: 07-1756-JE

ORDER REGARDING FEES
PURSUANT TO 42 USC 406(b)

     Based upon a review of the file herein, and   noting the stipulation of the parties, it is hereby ORDERED that the plaintiff, PETER J. LASLO, on behalf of his attorney, Karen Stolzberg, is hereby entitled to an award of fees under 42 USC  406(b), in the amount of $12,474.00.

     The parties agree that the check for fees shall be made payable to Karen Stolzberg, and mailed to her office at:  11830 SW Kerr Parkway, #315; Lake Oswego, OR 97035.

     DATED this 30th  day of August, 2010.

                                               ____s/ John Jelderks_____
    UNITED                    STATES DISTRICT JUDGE

Presented by:
s/ KAREN STOLZBERG
Attorney for Plaintiff
Peter J. Laslo

ORDER RE: 406(b) FEES
PAGE 1